UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>    v. )<br>PABLO GONZALEZ-TORRES )<br>                Defendant. )<br>_____) | CASE NO.   MJ07-362<br><br>DETENTION ORDER |

Offenses charged:

      Count I:    Possession with the intent to distribute Methamphetamine, in violation of Title 21, U.S.C., Section 841(a)(1) & (b)(1)(B).

Date of Detention Hearing: July 31, 2007.

      The Court, having conducted a uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Nicolas Brown for Sarah Vogel. The defendant was represented by Howard Ratner.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    There is probable cause to believe the defendant committed the conspiracy drug offense. The maximum penalty is in excess of ten years.

DETENTION ORDER
PAGE -1-

There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) The Bureau of Immigration Customs and Enforcement plans to file a detainer against Defendant withing 24 hours of the date of this hearing.

(3) The defendant stipulates to detention at this time.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of August, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge